IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KABLOOM FRANCHISING CORP., | : | File No. |
| and | : | |
| KABLOOM, LTD. | : | 04-10955 NG |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| DAA-FLORAL, LLC, | : | |
| and | : | |
| ALAN ARMSTRONG | : | |
| Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF KABLOOM, LTD.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff KaBloom, Ltd. makes the following disclosures:

Parent Corporation: None

Publicly Held Companies Owning 10 % or more of KaBloom, Ltd. stock: None.

~BOST1:300762.v1 |5/12/04
304699-29

Respectfully submitted,

PIPER RUDNICK LLP

*[signature]*

Steven J. Buttacavoli (BBO #651440)
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Counsel for Plaintiffs KaBloom Franchising
Corp. and KaBloom, Ltd.

Dated: May 12, 2004