SCANNED
DATE: 5-14-04
BY: CMG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KABLOOM FRANCHISING CORP., | : | File No. |
| and | : | |
| KABLOOM, LTD. | : | 04-10955 NG |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| DAA-FLORAL, LLC, | : | |
| and | : | |
| ALAN ARMSTRONG | : | |
| Defendants. | : | |

FILED
IN CLERK'S OFFICE
2004 MAY 13 A 8:29
U.S. DISTRICT COURT
DISTRICT OF MASS

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF KABLOOM FRANCHISING CORP.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff KaBloom Franchising Corp. makes the following disclosures:

Parent Corporation: KaBloom, Ltd.

Publicly Held Companies Owning 10 % or more of KaBloom Franchising Corp. stock: None.

~BOST1:300759.v1 |5/12/04
304699-29

                    Respectfully submitted,

                    PIPER RUDNICK LLP

                    */s/ Steven J. Buttacavoli*
                    Steven J. Buttacavoli (BBO #651440)
                    One International Place, 21st Floor
                    Boston, MA 02110-2600
                    (617) 406-6000 (*telephone*)
                    (617) 406-6100 (*fax*)

                    Counsel for Plaintiffs KaBloom Franchising Corp. and KaBloom, Ltd.

Dated: May 12, 2004

~BOST1:300759.v1 |5/12/04
304699-29