## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KABLOOM FRANCHISING          :          File No.
CORP.,

                             :

and

                             :          **04-10955 NG**

KABLOOM, LTD.

                             :

          Plaintiffs,          :

v.                           :

DAA-FLORAL, LLC,             :

and                          :

ALAN ARMSTRONG               :

          Defendants.          :

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, plaintiffs KaBloom Franchising Corp. ("KaBloom") and KaBloom, Ltd. (collectively, "Plaintiffs") respectfully move this Court for a preliminary injunction ordering defendants DAA-Floral, LLC ("DAA") and Alan Armstrong ("Armstrong") (collectively, "Defendants") to cease their acts of trademark and service mark infringement and unfair competition, through the unauthorized use of Plaintiffs' trade name, trademarks, service marks and other proprietary information in connection with Defendants' formerly franchised store. The basis of this motion, as more fully set forth in the Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction, is that because of the ongoing unauthorized use of Plaintiffs' trade name, trade marks and service marks, Plaintiffs will

1

be irreparably injured in the absence of preliminary injunctive relief, Plaintiffs are likely to succeed on the merits of their Complaint in this suit, the threatened injury to Plaintiffs outweighs any damage the injunction may cause Defendants, and the granting of the preliminary injunction is in the public interest.

WHEREFORE, Plaintiffs respectfully move this Court to enter a preliminary injunction enjoining Defendants' violations, including but not limited to:

1.    Enjoining Defendants from continuing to display Plaintiffs' trade name, trademarks, and service marks at and around Defendants' store.

2.    Enjoining Defendants from using or otherwise infringing upon Plaintiffs' trade name, trademarks, and service marks, including enjoining Defendants from continuing or renewing any telephone directory or online listings that associate Defendants' store with Plaintiffs' trade name, trademarks, and service marks.

3.    Requiring Defendants to immediately return to Plaintiffs any of Plaintiffs' confidential information still in their possession.

Respectfully submitted,

PIPER RUDNICK LLP

Steven J. Buttacavoli (BBO #651440)
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Counsel for Plaintiffs KaBloom Franchising Corp.
and KaBloom, Ltd.

Dated:  May 12, 2004

~WASH1:4582337.v1