IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KABLOOM FRANCHISING CORP., | : | File No. |
| and | : | |
| KABLOOM, LTD. | : | 04-10955 NG |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| DAA-FLORAL, LLC, | : | |
| and | : | |
| ALAN ARMSTRONG | : | |
| Defendants. | : | |

### AFFIDAVIT OF SCOTT A. MCINTOSH

I, Scott A. McIntosh, depose and say:

1. I am over 18 years of age and make this affidavit based on my personal knowledge.

2. I am an attorney with the law firm of Piper Rudnick LLP.

3. I am one of the outside counsel for KaBloom, Ltd. and KaBloom Franchising Corp.

4. True and correct copies of letters that I have sent, at the request of KaBloom, Ltd. and KaBloom Franchising Corp., to DAA-Floral, LLC ("DAA"), Alan Armstrong ("Armstrong"), or their counsel are attached hereto as Exhibits 1 through 4.

~WASH1:4581945.v1

1

5.   On May 7, 2004, I searched for KaBloom in Ardmore, Pennsylvania on the following websites: www.switchboard.com; www.google.com; www.yahoo.com. True and correct copies of the online listings for KaBloom in Ardmore, Pennsylvania are attached hereto as Exhibit 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 10, 2004

_____
Scott A. McIntosh