IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KABLOOM FRANCHISING CORP., <br><br> and <br><br> KABLOOM, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> DAA-FLORAL, LLC, <br><br> and <br><br> ALAN ARMSTRONG <br><br> Defendants. | File No. <br><br> **04-10955 NG** |

## AFFIDAVIT OF WILLIAM DOMINICK

I, William Dominick, depose and say:

1. I am over 18 years of age and make this affidavit based on my personal knowledge.

2. On May 6, 2004, I traveled to 145 West Lancaster Avenue, Ardmore, Pennsylvania 19003 to observe the extent to which the store located at that address (the "Store") was identified by any signs or other materials bearing the "KABLOOM" trademark.

3. As I approached the Store, I observed that the marquee sign for the shopping center where the Store is located contained a sign for "KABLOOM." Attached hereto as Exhibit 1 are true and accurate copies of the photographs of the marquee sign as it appeared on May 6, 2004.

4. I arrived at the Store at approximately 2:30 p.m. on May 6, 2004. All of the photographs attached hereto were taken at that time.

5. When I looked through the front windows of the Store, I observed a large sign on the left side interior wall of the Store, which reads "KaBloom The Power of Fresh Flowers." Attached hereto as Exhibit 2 are true and accurate copies of photographs of the interior sign.

6. I also observed various banners, binders and other materials bearing the "KABLOOM" trademark on the floor of the Store. Attached hereto as Exhibit 3 are true and accurate copies of photographs showing the floor of the Store.

7. Above the entrance to the Store, I observed that the primary KaBloom sign had been only partially removed. It appeared as if colored facing of the sign had been removed, but the outline of the sign and the lights still remained in place. Attached hereto as Exhibit 4 are true and accurate copies of photographs of the primary exterior sign.

8. I also observed on the windows of the Store a partially scraped KaBloom sign. Attached hereto as Exhibit 5 are true and accurate copies of photographs of the partially scraped sign.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2004

_____
William Dominick

*[signature]*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 7, 2007