IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KABLOOM FRANCHISING CORP., | : | File No. |
| and | : | **04-10955 NG** |
| KABLOOM, LTD. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| DAA-FLORAL, LLC, | : | |
| and | : | |
| ALAN ARMSTRONG | : | |
| Defendants. | : | |

### REQUEST FOR HEARING

KaBloom Franchising Corp. and KaBLoom, Ltd. (collectively "Plaintiffs") request a hearing on the Plaintiffs' Motion for Preliminary Injunction filed herewith. Plaintiffs request the hearing to assist the Court in the disposition of this motion.

Respectfully submitted,

PIPER RUDNICK LLP

*[signature]*

Steven J. Buttacavoli (BBO #651440)
One International Place, 21st Floor
Boston, MA 02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Counsel for Plaintiffs KaBloom Franchising Corp.
and KaBloom, Ltd.

Dated: May 12, 2004