AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FILED
CLERKS OFFICE

2004 JUN -1  P 4:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

KABLOOM FRANCHISING CORP. and
KABLOOM, LTD.
  Plaintiffs

V.

DAA-FLORAL, LLC
and
ALAN ARMSTRONG
  Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-10955 NG

TO: (Name and address of Defendant)
ALAN ARMSTRONG
1327 Fort Washington Avenue
Fort Washington, PA  19034

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Buttacavoli
Piper Rudnick LLP
One International Place
Boston, MA 02110-2600

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           5-13-04
CLERK                                                  DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 2/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 18, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James Davis | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Alan Armstrong at 1327 Ft. Washington Ave, Ft. Washington PA 19034.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/ 18/ 04
                  Date                    *Signature of Server*

235 S. 13th St. Philadelphia PA 19107
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.