IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KABLOOM FRANCHISING CORP., | : Civil Action No. 04-10955 NG |
| and | : |
| KABLOOM, LTD. | : |
| Plaintiffs, | : |
| v. | : |
| DAA-FLORAL, LLC, | : |
| and | : |
| ALAN ARMSTRONG | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs KaBloom Franchising Corp. and KaBloom, Ltd. and defendants DAA-Floral, LLC and Alan Armstrong stipulate to the dismissal of this action without costs against either party.

Respectfully submitted,

DAA-FLORAL, LLC
ALAN ARMSTRONG
By their attorney,

_____
D. Alan Armstrong (pro se)
1327 Ft. Washington Ave.
Fort Washington, PA 19034
(610) 643-6063

Dated: September 16, 2004

Respectfully submitted,

KABLOOM FRANCHISING CORP.
KABLOOM, LTD.
By their attorney,

_____
Steven J. Buttacavoli, BBO #651440
PIPER RUDNICK LLP
One International Place
Boston, MA 02110
(617) 406-6000

~BOST1:301803.v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2004, I caused a copy of the aforesaid *Stipulation of Dismissal* to be served by first-class mail on:

> D. Alan Armstrong (pro se)
> 1327 Ft. Washington Avenue
> Fort Washington, PA  19034

_____
Steven J. Buttacavoli